United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINEMATIX, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EINTHUSAN, et al.,<br><br>        Defendants. | Case No. 19-cv-02749-EMC<br><br>**ORDER ENTERING FINAL JUDGMENT**<br><br>Docket No. 89 |

    This Court previously dismissed Plaintiffs' complaint under the doctrine of *forum non conveniens*, "conditioned on Defendants' acceptance of service in Canada." Docket No. 89. The parties have informed this Court that (1) Plaintiffs filed a lawsuit against Defendants in federal court in Canada on July 14, 2020; (2) Plaintiffs engaged a process server and left the service document at the address provided by Defendants; and (3) Defendants have each signed an Acknowledgement of Receipt as specified in Rule 128 of the Canadian Federal Rules of Procedure. *See* Docket Nos. 95, 97.

    Accordingly, the parties have complied with this Court's conditional dismissal. The Clerk is instructed to enter Judgment and close the case.

**IT IS SO ORDERED**.

Dated: July 31, 2020

                                                                           _____
                                                                           EDWARD M. CHEN
                                                                           United States District Judge